UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL D. HICKS,

        Plaintiff,                       Case No. 06-15494
                                            Hon. Anna Diggs Taylor
v.                                            Magistrate Judge Charles E. Binder

COMMISSIONER OF SOCIAL
SECURITY,
        Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Charles E. Binder's Report and Recommendation of November 5, 2007, denying Plaintiff's motion for summary judgment, granting defendant's motion for summary judgment and affirming the decision denying benefits.

The Court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed. The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

Therefore, the Court will accept the Magistrate's Report and Recommendation of November 5, 2007 as the findings and conclusions of this Court.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Binder's Report and Recommendation of November 5, 2007 is ACCEPTED and ADOPTED.

IT IS FURTHER ORDERED that Plaintiff, Paul D. Hicks' motion for summary judgment be and hereby is DENIED, that of the defendant be GRANTED, and the decision denying benefits be AFFIRMED for the reasons stated in Magistrate's Report and Recommendation.

IT IS SO ORDERED.

                                            **s/Anna Diggs Taylor**
                                            ANNA DIGGS TAYLOR
                                            UNITED STATES DISTRICT JUDGE

Dated: December 13, 2007

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on December 13, 2007.

Paul Hicks
17174 MacKay
Detroit, MI 48212

                                        s/Johnetta M. Curry-Williams
                                        Case Manager